IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARNITA AVERY KELLY,

   Plaintiff,

    v.

SOUTHEAST TOYOTA FINANCE, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3877-TWT

ORDER

This is an action under the Truth-in-Lending Act. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for failure to effectuate service. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 26 day of July, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Kelly\11cv3877\r&r.wpd